PER CURIAM.
 

 ON MOTION FOR REHEARING
 

 We grant petitioner’s motion for rehearing, and withdraw our prior order denying relief. For the reasons explained in
 
 Lopez v. State,
 
 68 So.3d 332 (Fla. 5th DCA 2011) and
 
 Hodges v. State,
 
 64 So.3d 142 (Fla. 5th DCA 2011), we grant the petition alleging ineffective assistance of appellate counsel, vacate petitioner’s attempted second-degree murder conviction and remand for a new trial. In granting this relief, we rely upon
 
 Burton v. State,
 
 — So.3d -, 2011 WL 1326258 (Fla. 5th DCA 2011), which expressly conflicts with the Fourth District’s decision in
 
 Williams v. State,
 
 40 So.3d 72 (Fla. 4th DCA 2010),
 
 rev. granted,
 
 64 So.3d 1262 (Fla.2011). Accordingly, we certify that this opinion also conflicts with
 
 Williams,
 
 which is currently being reviewed by the Florida Supreme Court.
 

 PETITION GRANTED.
 

 PALMER, LAWSON, and EVANDER, JJ., concur.